IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KENNETH LEROY DRIESSEN,

   Plaintiff,

v.                                                   Case No. 23-cv-45-jdp

ANTHONY A. VABALAITUS,
NICHOLAS A. PHILLIPS, SAWYER
CTY. SHERIFF'S DEP'T, SAWYER
COUNTY RECORD, and SEELEY
HILLS CORPORATION,

   Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case with prejudice.

| /s/ Deputy Clerk | 6/4/2024 |
|---|---|
| Joel Turner, Clerk of Court | Date |